**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Cesar VALDEZ–SANTOS, Defendant—
Appellant.**

**No. 07–10156.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 01, 2009.

Phillip A. Talbert, Esq. Fax, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

John Ward, Esq., Law Offices of John Ward, San Francisco, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Cesar Valdez–Santos appeals from his jury-trial conviction and 207–month sentence for possession and distribution of a listed chemical with knowledge, and having reason to believe, that it would be used to manufacture methamphetamine, in violation of 21 U.S.C. § 841(c)(2). Pursuant to

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valdez–Santos' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the judgment is **AFFIRMED.**